IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JESSE A. PAWLOWICZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-0496-CG-M |
| | ) |
| **SAME COCHRAN,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE and ORDERED** this 12th day of December, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE